IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

WAYMON G. STEWART AND
KATHRYN STEWART,

    Plaintiffs,

vs.                                              No.   04-2179-DP

                                                                                  JURY DEMANDED

STRONG BUILT, INC., a Louisiana
Corporation, AND BASS PRO OUTDOOR
WORLD, L.L.C, d/b/a BASS PRO SHOPS
SPORTSMAN WAREHOUSE, a Missouri
Limited Liability Company,

    Defendants.

## SECOND AMENDED SCHEDULING ORDER

Pursuant to the Second Joint Motion of the parties to amend the Scheduling Order which was entered by this Court on June 29, 2004, and subsequently amended by Order of February 25, 2005, the Scheduling Order is hereby amended. The Court shall establish the following dates:

1. Completing all discovery:                                              July 1, 2005

2. Expert witness disclosures (Rule 26):

    a. Disclosure of Defendant's Rule 26 expert information    June 15, 2005

    b. Expert witness deposition:    July 1, 2005

    c. Filing dispositive motions:    July 1, 2005

    d. Complete mediation:    July 1, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-17-05


Absent good cause shown, the schedule dates set by this Order will not be modified or extended.

IT IS SO ORDERED.

_____
United States Magistrate Judge

Date: 5/13/05

U:\feildp\wpdata\Stewart\Order.3.doc

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02179 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

W. Les Jones
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Roscoe Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Warren D. McWhirter
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Leland M. McNabb
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Honorable Bernice Donald
US DISTRICT COURT