FILED BY _____ D.C.

05 JUL -5 PM 3: 19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

WAYMON G. STEWART AND
KATHRYN STEWART,

    Plaintiffs,

vs.                                                        No.    04-2179-DP

                                   JURY DEMANDED

STRONG BUILT, INC., a Louisiana
Corporation, AND BASS PRO OUTDOOR
WORLD, L.L.C, d/b/a BASS PRO SHOPS
SPORTSMAN WAREHOUSE, a Missouri
Limited Liability Company,

    Defendants.

---

## THIRD AMENDED SCHEDULING ORDER

---

    Pursuant to the Third Joint Motion of the parties to amend the Scheduling Order which

was entered by this Court on June 29, 2004, and subsequently amended by Order of February 25,

2005, and May 13, 2005, the Scheduling Order is hereby amended.  The Court shall establish the

following dates:

    1.    Completing all discovery:                   August 1, 2005

    2.    Expert witness depositions:              August 1, 2005

    3.    Filing dispositive motions:               August 1, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _7/6/05_



Absent good cause shown, the scheduled dates set by this Order will not be modified or extended.

IT IS SO ORDERED.

United States Magistrate Judge

U:\feildp\wpdata\Stewart\Order.4.doc

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:04-CV-02179 was distributed by fax, mail, or direct printing on July 6, 2005 to the parties listed.

Warren D. McWhirter
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Leland M. McNabb
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

W. Les Jones
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Roscoe Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT