FILED BY ___ D.C.

05 AUG -4 PM 3: 30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

WAYMON G. STEWART AND
KATHRYN STEWART,

    Plaintiffs,

vs.

STRONG BUILT, INC., a Louisiana
Corporation, AND BASS PRO OUTDOOR
WORLD, L.L.C, d/b/a BASS PRO SHOPS
SPORTSMAN WAREHOUSE, a Missouri
Limited Liability Company,

    Defendants.

No.   04-2179-DP

JURY DEMANDED

## FOURTH AMENDED SCHEDULING ORDER

Pursuant to the Fourth Motion of Plaintiffs to Amend the Scheduling Order initially entered on June 29, 2004, and subsequently amended by an Order of February 25, 2005, May 13, 2005, and July 6, 2005, the Scheduling Order is hereby amended. The Court shall establish the following dates:

| | | |
|---|---|---|
| 1. | Completing all discovery: | September 15, 2005 |
| 2. | Expert witness depositions: | September 15, 2005 |
| 3. | Filing dispositive motions: | September 15, 2005 |

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-3-05

39

Absent good cause shown, the scheduled dates set by this Order will not be modified or extended. The October 31, 2005 trial date will be reset by the District Judge. (TMP)

IT IS SO ORDERED.

~~United States District Judge~~ Tu M. Pham
United States Magistrate Judge

U:\feildp\wpdata\Stewart\Order.5.doc

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:04-CV-02179 was distributed by fax, mail, or direct printing on August 8, 2005 to the parties listed.

---

Warren D. McWhirter
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Leland M. McNabb
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

W. Les Jones
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Roscoe Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT