FILED BY _____ D.C.

05 AUG 30 PM 4:10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN. MEMPHIS

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

WAYMON G. STEWART AND
KATHRYN STEWART,

    Plaintiffs,

vs.

No.  04-2179-DP

JURY DEMANDED

STRONG BUILT, INC., a Louisiana
Corporation, AND BASS PRO OUTDOOR
WORLD, L.L.C, d/b/a BASS PRO SHOPS
SPORTSMAN WAREHOUSE, a Missouri
Limited Liability Company,

    Defendants.

## ORDER GRANTING PLAINTIFFS AN EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANT BASS PRO OUTDOOR WORLD, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Bass Pro Outdoor World, LLC filed its Motion for Partial Summary Judgment on August 1, 2005. Plaintiffs have moved for additional time in which to respond to and including September 15, 2005. For good cause shown, it appears to the Court that Plaintiffs' Motion for an Extension of Time should be granted. It is ordered that Plaintiffs shall have through and including September 15, 2005, in which to file their response to Bass Pro Outdoor World, LLC's Motion for Partial Summary Judgment.

_____
United States District Judge/
~~United States Magistrate Judge~~

Date: August 30, 2005

This document entered on the docket sheet in compliance
with Rule 58 and /or 79(a) FRCP on 8/31/05

U:\feildp\wpdata\Stewart\Order.6.doc

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:04-CV-02179 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Roscoe Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Leland M. McNabb
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

W. Les Jones
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Warren D. McWhirter
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT