IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

WAYMON G. STEWART AND
KATHRYN STEWART,

    Plaintiffs,

VS.                                NO. 04-2179-DP

STRONG BUILT, INC., a Louisiana
Corporation, AND BASS PRO OUTDOOR
WORLD, L.L.C., d/b/a BASS PRO SHOPS
SPORTSMAN WAREHOUSE, a Missouri
Limited Liability Company,

    Defendants.

## ORDER OF DISMISSAL OF ACTIONS

Under Rule 41(a)(2), Plaintiffs Waymon G. Stewart and Kathryn Stewart herewith give notice of their desire to dismiss their action against Defendant Bass Pro Outdoor World, LLC with prejudice.

Defendant/Cross-Claimant Bass Pro Outdoor World, LLC under Rule 41(a)(2) herewith gives notice of its desire to dismiss without prejudice its cross claim against Strong Built, Inc.

JUDGE

DATED: November 28, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

APPROVED:

_R Porter Feild by LM per him auth (9/27/05)_
R. PORTER FEILD
Attorney for Plaintiff
130 N. Court Avenue
Memphis, Tennessee 38103

_/s/ Warren D. McWhirter_
WARREN D. McWHIRTER
Attorney for Defendant Strong Built
73 Union Avenue
Memphis, Tennessee 38103

_/s/ Leland M. McNabb_
LELAND M. McNABB - 7551
Attorney for Defendant Bass Pro
81 Monroe Avenue
Sixth Floor
Memphis, Tennessee 38103

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:04-CV-02179 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

Roscoe Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Eric J. Plumley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Warren D. McWhirter
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

W. Les Jones
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Leland M. McNabb
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Honorable Bernice Donald
US DISTRICT COURT